| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Christopher Gerard Isabella** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–6405** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Michigan** | |
| Case number:  **17–54065–pjs** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher Gerard Isabella

1/17/18

**By the court:** /s/ Phillip J Shefferly
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                     Case No. 17-54065-pjs
Christopher Gerard Isabella                                                Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0645-2           User: lcoop                  Page 1 of 2        Date Rcvd: Jan 17, 2018
                               Form ID: 318                 Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
```
db              +Christopher Gerard Isabella,    2477 Somerset Blvd Apt#111,    Troy, MI 48084-4060
24982218        +52-4 District Court,    #14C-01928-GC,    520 W. Big Beaver Road,    Troy, MI 48084-5254
24982228       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,    Newark, DE 19713)
24982224        +Credit Acceptance Corp,    25505 W. 12 Mile Rd,    Southfield, MI 48034-8316
24982231         MISDU,    P.O. Box 30351,    Lansing, MI 48909-7851
24982229        +Macomb County Friend of the Court,     #,    40 N. Main Street,    Mount Clemens, MI 48043-8906
24982232         Natasha Grujovski,    2501 Audrey Avenue,    Warren, MI 48093
24982233        +Rep/build,    Po Box 9203,    Old Bethpage, NY 11804-9003
24982234        +Snap Fianance,    P.O. Box 26561,    Salt Lake City, UT 84126-0561
24982217        +Third Party Withholding Unit,    Michigan Department of Treasury,    PO Box 30785,
                 Lansing, MI 48909-8285
24982238        +Weber & Olcese, PLC,    3250 Big Beaver Rd #124,    Troy, MI 48084-2902
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25047493        +EDI: ATLASACQU.COM Jan 17 2018 23:08:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
24982219        +E-mail/Text: tiffeny.barron@britefinancial.com Jan 17 2018 23:19:50      Brite Financial Service,
                 101 W 14 Mile Rd,    Madison Heights, MI 48071-1308
24982220        +E-mail/Text: tiffeny.barron@britefinancial.com Jan 17 2018 23:19:50
                 Brite Financial Services,     101 W 14 Mile Rd,    Madison Heights, MI 48071-1308
24982221         EDI: CAPITALONE.COM Jan 17 2018 23:08:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
24982222        +EDI: CAPONEAUTO.COM Jan 17 2018 23:08:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
24982223        +EDI: CHASE.COM Jan 17 2018 23:08:00      Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
24982225        +EDI: CMIGROUP.COM Jan 17 2018 23:08:00      Credit Mgmt,    4200 International Pkwy,
                 Carrollton, TX 75007-1912
24982226         EDI: TSYS2.COM Jan 17 2018 23:08:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
24982227        +EDI: AMINFOFP.COM Jan 17 2018 23:08:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
24982230         EDI: MID8.COM Jan 17 2018 23:08:00      MCM,    P.O. Box 939019,    San Diego, CA 92193-9019
24983100        +EDI: PRA.COM Jan 17 2018 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
24982236        +EDI: RMSC.COM Jan 17 2018 23:08:00      Syncb/home Design Furn,    Po Box 965036,
                 Orlando, FL 32896-5036
24982237        +EDI: CITICORP.COM Jan 17 2018 23:08:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
24982216        +E-mail/Text: ustpregion09.de.ecf@usdoj.gov Jan 17 2018 23:18:07      U.S. Trustee,
                 211 W. Fort Street,    Suite 700,    Detroit, MI 48226-3263
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24982235       ##+Suite Life Corp,    4031 Crooks Rd,    Royal Oak, MI 48073-2427
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
          Glen Turpening   on behalf of Debtor Christopher Gerard Isabella fregolaw@aol.com,
           R48886@notify.bestcase.com
          James P. Frego, II   on behalf of Debtor Christopher Gerard Isabella fregolaw@aol.com,
           R48886@notify.bestcase.com
          Kenneth Nathan   knathantrustee@nathanlawplc.com, MI03@ecfcbis.com
          Steven J. Cohen   on behalf of Creditor   BRite Financial Services, LLC Steve@lgcpllc.com
                                                                                                              TOTAL: 4